**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 5, 2007

**BY FAX (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re: **United States v. Claudio Cabrera**,
        07 Cr. 869 (AKH)

Dear Judge Hellerstein:

    I write at the suggestion and with the consent of defense counsel to request that the pre-trial conference in the above-referenced matter scheduled for tomorrow, November 6, 2007, be adjourned for approximately two weeks.

    This Office today received from state authorities certain wiretap materials that it will produce today to defense counsel. Defense counsel has asked for the adjournment in order to have time to review this supplemental discovery and thus have a more informed conference with respect to motions and other scheduling matters. The defendant is not in custody.

*[Handwritten note:]* The conf. is adjourned, and time is excluded, to Nov. 26, 2007, at 4:00 PM
11-5-07
*[signature]*



Hon. Alvin K. Hellerstein
November 5, 2007
Page 2

    Accordingly, the Government respectfully requests that the pre-trial conference be adjourned at the Court's convenience for approximately two weeks, and that the time until the new date be excluded under the Speedy Trial Act to permit defense counsel to review supplemental discovery and consider motions. Defense counsel advises that he is not available beginning November 27, 2007, due to previously-scheduled travel.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

By: _____
    Marshall A. Camp
    Assistant United States Attorney
    Tel.: (212) 637-1035
    Fax : (212) 637-0086

cc: Joseph Ferrante, Esq. (by fax: 201-447-0276)

SO ORDERED.

_____   _____
DATE                 HONORABLE ALVIN K. HELLERSTEIN
                   UNITED STATES DISTRICT JUDGE