**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2008

**BY FAX (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re: **United States v. Claudio Cabrera**,
        07 Cr. 869 (AKH)

Dear Judge Hellerstein:

    I write at the suggestion and with the consent of defense counsel to request that the pre-trial conference in the above-referenced matter scheduled for Friday, January 4, 2008, be adjourned for approximately 30 days. The Government recently proposed a disposition of this matter, and the defendant is presently reviewing that offer. Both counsel are optimistic that the proposed adjournment will facilitate a resolution of this case.

*[handwritten: The conf. is adjourned, and time is excluded, to Feb. 8, 2008, at 10:45 a.m.*
*1-2-08*
*Alvin K. Hellerstein]*

TOTAL P.02

Hon. Alvin K. Hellerstein
January 2, 2008
Page 2

      Accordingly, the Government respectfully requests that the pre-trial conference be adjourned at the Court's convenience for approximately 30 days, and that the time until the new date be excluded under the Speedy Trial Act to facilitate the defendant's review of the proposed disposition.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By: _____
     Marshall A. Camp
     Assistant United States Attorney
     Tel.: (212) 637-1035
     Fax : (212) 637-0086

cc: Joseph Ferrante, Esq. (by fax: 201-447-0276)

SO ORDERED.

_____    _____
DATE                   HONORABLE ALVIN K. HELLERSTEIN
                      UNITED STATES DISTRICT JUDGE