UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
United States of America,
: 
    -against-
:
Claudio Cabrera,
:
    Defendant.
:
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

07 Cr. 869(AKH)(DFE)

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Douglas F. Eaton on February 7, 2008;

WHEREAS a transcript of the allocution was made; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED

Dated:   New York, New York
      February , 2008

ALVIN K. HELLERSTEIN
United States District Judge